■ Todd M. Bennett, Respondent, v Acea Mosey, Erie County Public Administrator, as Administrator of the Estate of John H. Gibbs, Deceased, Appellant. [847 NYS2d 894]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered July 13, 2006. The order denied defendant's motion to dismiss the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Gorski, Lunn, Fahey and Green, JJ.